AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>08cv1317 DMS LSP | DATE FILED<br>07/22/08 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |
| PLAINTIFF<br>Fractional Villas, Inc. | | DEFENDANT<br>Jason Katz, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  TX-6-613-055 | Fractional Villas, Inc. | Fractional Villas, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Register of Copyrights

Copy 3 - Upon termination of action, mail this copy to Registrer of Copyrights Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

Copy 5 - Case file copy

AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>08cv1317 DMS LSP | DATE FILED<br>07/22/08 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |
| PLAINTIFF<br>Fractional Villas, Inc. | | DEFENDANT<br>Jason Katz, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 TX-6-613-055 | Fractional Villas, Inc. | Fractional Villas, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights

Copy 3 - Upon termination of action, mail this copy to Registrer of Copyrights Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

Copy 5 - Case file copy

```
Gary L. Sirota (State Bar No. 136606)
Robert Berkowitz (State Bar No. 227888)
COAST LAW GROUP
169 Saxony Road, Suite 204
Encinitas, CA 92024
TEL: (760) 942-8505
FAX: (760) 942-8515
EMAIL: RBerkowitz@CoastLawGroup.com

Attorneys for Plaintiff
```

FILED
2008 JUL 22 PM 2:12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 CV 1317 DMS POR

# UNITED STATES DISTRICT COURT,
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRACTIONAL VILLAS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JASON KATZ, an individual; LENDING EXECUTIVES, INC., a California corporation; YOLANDA ORTIZ-PARRA, an individual; RAYMOND VINOLE, an individual; DANIEL CHARLES PRIVETT, an individual; and DOES 1 - 25,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF FOR:**<br>1. **INFRINGEMENT OF UNITED STATES COPYRIGHT REGISTRATION NO. TX-6-613-055 VIA THE INTERNET**<br>2. **INFRINGEMENT OF UNITED STATES COPYRIGHT REGISTRATION NO. TX-6-613-055 VIA PRINTED MATTER**<br>3. **CALIFORNIA STATE UNFAIR COMPETITION VIOLATIONS**<br><br>**DEMAND FOR TRIAL BY JURY** |

Plaintiff FRACTIONAL VILLAS, INC. ("Plaintiff") alleges as follows:

## PARTIES

1. Plaintiff FRACTIONAL VILLAS, INC. ("FVI") is, and at all relevant times was, a corporation organized and existing under the law of California and has its principal place of business in Del Mar, California. Plaintiff FVI markets, advertises, and sells fractional ownership interests in luxury properties. Plaintiff FVI's website, www.FractionalVillas.com, is a

1  fundamental part of Plaintiff's business in that it is a primary means for promoting the Plaintiff's services.

2.  On information and belief, Defendant LENDING EXECUTIVES, INC. ("Lending Executives") is a California Corporation, its principal office address is 5830 Oberlin Drive #200 in San Diego, California, and its registered agent is Defendant JASON KATZ ("Katz") at 13022 Deer Park Way in San Diego, California.

3.  On information and belief, Defendant Lending Executives also maintains a business office at 990 Highland Drive #203 in Solana Beach, California.

4.  On information and belief, Defendant Lending Executives is the registrant for and owner of the domain name MajorLeagueCondo.com.

5.  On information and belief, Defendant Katz is the administrative contact and technical contact for the domain name MajorLeagueCondo.com.

6.  On information and belief, the web site located at www.majorleaguecondo.com offers for fractional sale a property known as The Legend, located at 325 7th Avenue #1803 in San Diego ("Legend").

7.  On information and belief, Defendant YOLANDA ORTIZ-PARRA ("Ortiz-Parra") was and/or is an owner and a listing agent for Legend and resides in Carlsbad, California.

8.  On information and belief, Defendant RAYMOND VINOLE ("Vinole") was and/or is a listing agent for Legend and resides in San Diego, California.

9.  On information and belief, Defendant Katz was and/or is a listing agent for Legend and resides in San Diego, California.

10. On information and belief, Defendant DANIEL CHARLES PRIVETT ("Privett") was and/or is an owner of Legend the contact person for information on fractional sale of Legend, and resides in Escondido, California.

11. The true names and capacities, whether individual, corporate, or associate, or otherwise, of Defendant Does 1 through 25 inclusive ("DOES"), are at this time unknown to Plaintiff, who therefore identifies such Defendants by said fictitious names. Plaintiff is informed

and believes and thereon alleges that said fictitiously named Defendants, and each of them, are responsible for the events and happenings herein referred to, and negligently, recklessly, and/or intentionally proximately caused the injuries and damages alleged herein to Plaintiff.

12. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment. Plaintiff is informed and believes and thereon alleges that at all relevant times each of the Defendants actively participated in or subsequently ratified or adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances including, but not limited to, full knowledge of each and all of the violations of Plaintiff's rights and the damages to Plaintiff caused thereby. All Defendants are collectively referred to herein as "Defendants."

## JURISDICTION

13. This action arises under the copyright laws of the United States, 17 U.S.C. §§ 101 et seq., and this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367.

14. On information and belief, personal jurisdiction in this District is proper because Defendants, and each of them, may be found in the Southern District of California. Furthermore, Defendants knew Plaintiff's principal place of business was and is in the Southern District of California. Defendants purposefully directed activities into the Southern District of California by willfully disseminating over the Internet copyrighted works owned and controlled by Plaintiff without the consent or permission of the Plaintiff, the copyright owner.

15. On information and belief, Defendants' illegal dissemination of Plaintiff's copyrighted work occurred in every jurisdiction in the United States, including this one.

16. Plaintiff's causes of action against Defendants arise directly out of Defendants' purposeful direction of activities into the Southern District of California.

## VENUE

17. Venue is proper in this court under 28 U.S.C. §§ 1391(b), 1391(c), and 1400(a) as all Defendants reside in the State of California, and at least one defendant resides in the Southern District of California. Defendants have also purposefully directed activities at this forum, including willfully infringing Plaintiff's copyright with knowledge that Plaintiff's principal place of business is in this forum. Moreover, Defendants market, advertise, and sell fractional ownership of properties to consumers and businesses in the Southern District of California.

## ALLEGATIONS IN SUPPORT OF ALL CLAIMS

18. Plaintiff FVI is the owner of Copyright Registration No. TX-6-613-055, entitled "Fractional Villas.com website (www.fractionalvillas.com)" ("the Copyright"). A true and correct copy of the registration is attached hereto as Exhibit "A"). The Copyright was filed October 11, 2007, and the registration is effective the same date. The Copyright pertains to a website offering fractional ownership in luxury properties.

19. The work (the "Work") protected by Copyright Registration No. TX-6-613-055 is a work of authorship fixed in a tangible medium of expression that contains a substantial amount of material created by the skill, labor, and judgment of Mr. Robert K. Vicino, the President of Plaintiff. The Work was first published on October 5, 2007.

20. The Work is a derivative work of prior versions, which were authored by Mr. Vicino and were first published at least as early as March 27, 2005.

21. The Work appears on the FVI website. A copyright notice is clearly and conspicuously displayed on each page. The vast majority of the Work has appeared on the FVI website since August 2005.

22. All rights of copyright were transferred solely and exclusively by Mr. Vicino to Plaintiff FVI.

23. Plaintiff FVI has complied in all respects with the Copyright Laws of the United States and received from the Register of Copyrights the certificate of registration for Copyright No. TX-6-613-055.

24. Defendants are Plaintiff's competitors. Both Plaintiff and Defendants compete for business in the market of fractional ownership interests in luxury properties.

25. Defendants have infringed Plaintiff's Copyright by using portions of the Work in Defendants' Internet site and/or Internet sites under Defendants' dominion and control, thereby reproducing, publicly performing, and/or creating derivative works of the Work without the consent of Plaintiff FVI.

26. Defendant Otriz-Parra's name and phone number, and Defendant Vinole's name and phone number, appear as the contact for more information on Legend on certain portions Defendants' website at http://www.majorleaguecondo.com that infringe the Copyright.

27. Defendants have infringed Plaintiff's Copyright by using portions of the Work and/or in creating derivate works of the Work in promotional material printed, reproduced, and publicly distributed by Defendants ("Printed Promotional Material"), without the consent of Plaintiff FVI.

28. Defendant Katz's name and phone number, and Defendants Privett's name and phone number, appear as the contact for more information on Legend in portions of the Printed Promotional Material that infringe the Copyright.

29. Defendants do not have permission or license from Plaintiff to use any portion of the Work protected by the Copyright.

30. Defendants have derived and are deriving economic benefit from the infringement of the Copyright. Plaintiff has been damaged and continues to be damaged by Defendants' infringement. Defendants' infringement of the Copyright has diverted potential customers away from Plaintiff FVI's Internet site because Defendants posted the copyrighted Work on the website http://www.majorleaguecondo.com to earn income from the sale of fractional ownership in luxury properties. Defendants' infringement of the Copyright has also diverted potential customers away from Plaintiff FVI because Defendants have distributed the copyrighted Work, or derivatives thereof, in the form of the Printed Promotional Material, in order to earn income from the sale of fractional ownership in luxury properties.

31. Plaintiff contends the unauthorized reproduction of the Work initially occurred in or before March of 2008 both on http://www.majorleaguecondo.com and in the Printed Promotional Material, and continued until at least July of 2008.

32. Defendants' infringement is exacerbated by the fact that the infringing website was indexed by major search engines and broadcast worldwide in response to keyword searches. Plaintiff FVI's business and reputation were irreparably harmed by the confusion caused by the publication of the infringed material.

33. Plaintiff has been damaged and continues to be damaged by Defendants' infringement.

34. Plaintiff alleges that each Defendant is aware their website and their Printed Promotional Material infringes United States Copyright Registration No. TX-6-613-055. Nevertheless, Defendants have blatantly usurped Plaintiff's concept and have taken the content from Plaintiff FVI's website and claimed it as their own.

## FIRST CAUSE OF ACTION:
## INFRINGEMENT OF U.S. COPYRIGHT TX-6-613-055 VIA THE INTERNET
## AS AGAINST ALL DEFENDANTS

35. Plaintiff incorporates by reference the paragraphs as set forth above.

36. Plaintiff FVI is the owner of the Copyright, the Work, and all rights appurtenant thereto.

37. Defendants have infringed Plaintiff's Copyright by using portions thereof on their website at http://www.majorleaguecondo.com without Plaintiff's consent.

38. Upon information and belief, Plaintiff alleges that Defendants' infringement, inducement of infringement, and/or contributory infringement of the Copyright has been willful, deliberate, knowing, and with wanton disregard of Plaintiff's ownership of the Copyright.

39. Upon information and belief, Plaintiff alleges that Defendants will continue to infringe, continue to induce others to infringe, and/or continue to contributorily infringe the Copyright to Plaintiff's irreparable damage unless enjoined by this Court.

40. Plaintiff has been damaged by the foregoing infringing acts of Defendants in an amount that exceeds $150,000. The exact amount of such damages can be determined upon an accounting.

## SECOND CAUSE OF ACTION:
## INFRINGEMENT OF U.S. COPYRIGHT TX-6-613-055 VIA PRINTED MATTER
## AS AGAINST ALL DEFENDANTS

41. Plaintiff incorporates by reference the paragraphs as set forth above.

42. Plaintiff FVI is the owner of the Copyright, the Work, and all rights appurtenant thereto.

43. Defendants have infringed Plaintiff's Copyright by using portions thereof in their Printed Promotional Material without Plaintiff's consent.

44. Upon information and belief, Plaintiff alleges that Defendants' infringement, inducement of infringement, and/or contributory infringement of the Copyright has been willful, deliberate, knowing, and with wanton disregard of Plaintiff's ownership of the Copyright.

45. Upon information and belief, Plaintiff alleges that Defendants will continue to infringe, continue to induce others to infringe, and/or continue to contributorily infringe the Copyright to Plaintiff's irreparable damage unless enjoined by this Court.

46. Plaintiff has been damaged by the foregoing infringing acts of Defendants in an amount that exceeds $150,000. The exact amount of such damages can be determined upon an accounting.

## THIRD CAUSE OF ACTION:
## CALIFORNIA UNFAIR COMPETITION VIOLATIONS
## AS AGAINST ALL DEFENDANTS

47. Plaintiff incorporates by reference the paragraphs as set forth above.

48. Plaintiff is informed and believes and on that basis alleges that Defendants' intentional infringement of the Copyright constitutes unfair competition under state law, including without limitation Cal. Business & Professions Code §§ 17200 et seq. By reason of the

1  conduct alleged herein, Defendants are guilty of malice, oppression, and willful disregard of the
2  rights of Plaintiffs.
3      49.   Plaintiff is informed and believes and thereon alleges that Defendants' intentional
4  infringement of the Copyright is an unlawful, unfair, and/or fraudulent business act or practice
5  and constitutes unfair competition under California state law. Defendants compete with Plaintiff
6  for customers by infringing Plaintiff's Copyright.
7      50.   Plaintiff is informed and believes and thereon alleges that Defendants' improper
8  and unlawful acts as alleged herein constitute unfair, deceptive, untrue, and misleading
9  advertising, in that Defendants appear to represent to the public that the website
10 http://www.majorleaguecondo.com is comprised of unique material, and do not give credit to
11 Plaintiff for the Work.
12     51.   Plaintiff is informed and believes and thereon alleges that Defendants' improper
13 and unlawful acts as alleged herein constitute unfair, deceptive, untrue, and misleading
14 advertising, in that Defendants appear to represent to the public that the Printed Promotional
15 Material distributed by Defendants related to the fractional sale of Legend is comprised of
16 unique material, and do not give credit to Plaintiff for the Work.
17     52.   By reason of the conduct alleged herein, Defendants are guilty of malice,
18 oppression, and willful disregard of the rights of Plaintiff FVI.
19     53.   Defendants' unlawful, unfair, deceptive, and fraudulent business practice and
20 unfair, deceptive, untrue, and misleading advertising constitutes despicable, outrageous,
21 oppressive, and malicious conduct under California Civil Code § 3294 and justifies an award of
22 exemplary and punitive damages against Defendants, and each of them.
23     54.   As a direct and proximate cause of Defendants' wrongful conduct, Plaintiff FVI
24 has sustained and will sustain injury to its business and property in an amount not yet precisely
25 ascertainable, but which includes the loss of sales of fractional ownership interests in luxury
26 properties and loss of reputation and goodwill.
27 ///
28

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray this court enter judgment against Defendants as follows:

1. That a temporary restraining order and, subsequently, that a preliminary injunction be granted enjoining Defendants from further infringement of U.S. Copyright Registration No. TX-6-613-055;

2. That a permanent injunction be granted perpetually enjoining Defendants from further infringement of U.S. Copyright Registration No. TX-6-613-055;

3. That a temporary restraining order and, subsequently, that a preliminary injunction be granted enjoining Defendants from advertising, displaying, or broadcasting over the Internet a website that infringes the Copyright or any derivation thereof, or which by imitation or other similarity to those of the Copyright are likely to cause confusion, mistake, dilution, or persons to be deceived into the belief that Defendants' services are Plaintiff's services or that Defendants and their services are authorized, endorsed, or sponsored by Plaintiff;

4. That a temporary restraining order and, subsequently, that a preliminary injunction be granted enjoining Defendants from printing, reproducing, distributing or otherwise making availably any promotional material that infringes the Copyright or any derivation thereof, or which by imitation or other similarity to those of the Copyright are likely to cause confusion, mistake, dilution, or persons to be deceived into the belief that Defendants' services are Plaintiff's services or that Defendants and their services are authorized, endorsed, or sponsored by Plaintiff;

5. That a permanent injunction be granted perpetually enjoining Defendants from advertising, displaying, or broadcasting over the Internet a website which infringes on the Copyright, or any derivation thereof, or which by imitation or other similarity to that of Plaintiff is likely to cause confusion, mistake, dilution, or persons to be deceived into the belief that Defendants' services are Plaintiff's services or that Defendants and their services are authorized, endorsed, or sponsored by Plaintiff;

6. That a permanent injunction be granted enjoining Defendants from printing, reproducing, distributing or otherwise making availably any promotional material that infringes the Copyright or any derivation thereof, or which by imitation or other similarity to those of the Copyright are likely to cause confusion, mistake, dilution, or persons to be deceived into the belief that Defendants' services are Plaintiff's services or that Defendants and their services are authorized, endorsed, or sponsored by Plaintiff;

7. That a judgment be entered that Defendants have infringed, actively induced others to infringe, and/or contributorily infringed U.S. Copyright Registration No. TX-6-613-055;

8. That a judgment be entered that Defendants be required to pay over to Plaintiff all damages sustained by Plaintiff due to Defendants' intentional, willful, and malicious infringement of U.S. Copyright Registration No. TX-6-613-055, such damages as this court shall deem just and proper under the Copyright Act, 17 U.S.C. §504, but not less than $150,000 for infringement of Plaintiff's copyright via the website found at http://www.majorleaguecondo.com;

9. That a judgment be entered that Defendants be required to pay over to Plaintiff all damages sustained by Plaintiff due to Defendants' intentional, willful, and malicious infringement of U.S. Copyright Registration No. TX-6-613-055, such damages as this court shall deem just and proper under the Copyright Act, 17 U.S.C. §504, but not less than $150,000 for infringement of Plaintiff's copyright via the Printed Promotional Material;

10. That all gains, profits, and advantages derived by Defendants from their acts of infringement and other violations of law be deemed held in constructive trust for the benefits of Plaintiff;

11. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

12. That punitive damages be awarded;

13. That costs and prejudgment interest be awarded on all damages;

14. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act, 17 U.S.C. § 505 and California Business & Professions Code §§ 17200 et seq.

15. That an order be entered requiring Defendants to deliver up or be impounded during the pendency of this action all copies of copyrighted material in Defendants' possession and infringing U.S. Copyright Registration No. TX-6-613-055;

16. That Defendants be required to file with the court within 30 days after entry of final judgment of this cause a written statement under oath setting forth the manner in which Defendants have complied with final judgment;

17. That Plaintiff be awarded such other and further relief as the court deems appropriate.

Dated: July 21, 2008

                  **COAST LAW GROUP, LLP**

                  */s/ Robert Berkowitz*
                  Robert Berkowitz
                  Attorneys for Plaintiff,
                  FRACTIONAL VILLAS, INC.
                  RBerkowitz@coastlawgroup.com

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
FRACTIONAL VILLAS, INC., a California Corporation

**DEFENDANTS**
Jason Katz; Lending Executives, Inc.; Yolanda Ortiz-Parra; Raymond Vinole; Daniel C. Privett; and Does 1 - 25

(b) County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

'08 CV 1317 DMS LSP

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert Berkowitz, COAST LAW GROUP, LLP
169 Saxony Road, #204 Encinitas, CA 92024 (760) 942-8505

Attorneys (If Known)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | Habeas Corpus: | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | | ☐ 530 General | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN  (Place an "X" in One Box Only)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. section 101 et. seq.
Brief description of cause:
Copyright infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 300,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  07/21/2008
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 153223   AMOUNT $350   APPLYING IFP   JUDGE   MAG. JUDGE
TMC  7/22/08

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

        # 153223      - TC

         July 22, 2008
           14:11:35


        Civ Fil Non-Pris
    USAO #.: 08CV1317
    Judge..: DANA M SABRAW
    Amount.:              $350.00 CK
    Check#.: BC70408



    Total->   $350.00



    FROM: FRACTIONAL VILLAS
          VS.
          JASON KATZ ET. AL.
```

AO 121 (6/90)

| TO: **Register of Copyrights** **Copyright Office** **Library of Congress** **Washington, D.C. 20559** | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. 08cv1317 DMS LSP | DATE FILED 07/22/08 | United States District Court, Southern District of California 880 Front Street, Room 4290 San Diego, CA 92101-8900 |
| PLAINTIFF Fractional Villas, Inc. | | DEFENDANT Jason Katz, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  TX-6-613-055 | Fractional Villas, Inc. | Fractional Villas, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Register of Copyrights
Copy 3 - Upon termination of action, mail this copy to Register of Copyrights  Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal
Copy 5 - Case file copy

AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>08cv1317 DMS LSP | DATE FILED<br>07/22/08 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |
| PLAINTIFF<br>Fractional Villas, Inc. | | DEFENDANT<br>Jason Katz, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  TX-6-613-055 | Fractional Villas, Inc. | Fractional Villas, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |||| 
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights   Copy 2 - Upon filing of document adding copyrights, mail this copy to Register of Copyrights

Copy 3 - Upon termination of action, mail this copy to Register of Copyrights   Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

Copy 5 - Case file copy