Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JUL 22 PM 2:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

| | |
|---|---|
| FRACTIONAL VILLAS, INC., a California corporation; Plaintiff<br>vs<br>JASON KATZ, an individual; LENDING EXECUTIVES, INC., a California corporation; YOLANDA ORTIZ-PARRA, an individual; RAYMOND VINOLE, an individual; DANIEL CHARLES PRIVETT, an individual; and DOES 1 - 25, Defendants | Complaint and<br>SUMMONS IN A CIVIL ACTION<br>Case No.<br><br>'08 CV 1317 DMS POR |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

COAST LAW GROUP, LLP
Attn: Robert Berkowitz
169 Saxony Road, Suite 204
Encinitas, CA 92024

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                               JUL 22 2008
_____                      _____
CLERK                                                          DATE
J. RABIS

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

2 cc: