Gary L. Sirota (State Bar No. 136606)
Robert Berkowitz (State Bar No. 227888)
COAST LAW GROUP
169 Saxony Road, Suite 204
Encinitas, CA 92024
TEL:  (760) 942-8505
FAX:  (760) 942-8515
EMAIL: RBerkowitz@CoastLawGroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT,

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRACTIONAL VILLAS, INC., a California Corporation,<br><br>     Plaintiff,<br><br>v.<br><br>JASON KATZ, an individual; LENDING EXECUTIVES, INC., a California corporation; YOLANDA ORTIZ-PARRA, an individual; RAYMOND VINOLE, an individual; DANIEL CHARLES PRIVETT, an individual; and DOES 1 - 25,<br><br>     Defendants. | Case No. 08 CV 1317 DMS POR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JASON KATZ** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fractional Villas, Inc. by and through its attorneys, voluntarily dismisses this case without prejudice as to Jason Katz, an individual, each party to bear its own costs and fees.

Dated: August 21, 2008                **COAST LAW GROUP, LLP**

                                                     s/ Robert Berkowitz
                                                     Robert Berkowitz
                                                     Attorneys for Plaintiff,
                                                     FRACTIONAL VILLAS, INC.
                                                     RBerkowitz@coastlawgroup.com

---