| Attorney or Party without Attorney: COAST LAW GROUP, LLP<br>169 SAXONY ROAD, SUITE 204<br>ENCINITAS, CA 92024<br>Telephone No: 760-942-8505   FAX No: 760-945-8515 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of California | | | | |
| Plaintiff: FRACTIONAL VILLAS, INC. | | | | |
| Defendant: JASON KATZ | | | | |
| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept Div: | Case Number:<br>08 CV 1317 DMS LSP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET.

3. a. Party served:                           YOLANDA ORTIZ-PARRA, AN INDIVIDUAL
   b. Person served:                         the party in item 3.a.

4. Address where the party was served:       5063 MILLAY COURT
                                              CARLSBAD, CA 92008

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Aug. 07, 2008 (2) at: 7:37PM

7. Person Who Served Papers:                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAN MILHONE                          d. The Fee for Service was: $184.23
                                            e. I am: (3) registered California process server
   First Legal Support Services             (i) Independent Contractor
   ATTORNEY SERVICES                        (ii) Registration No.: 2225
   1111 6TH AVENUE, SUITE 204               (iii) County: San Diego
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Aug. 11, 2008

                                                              (DAN MILHONE)  939929.coala.153866

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMS IN CIV. ACTION

| Attorney or Party without Attorney: COAST LAW GROUP, LLP<br>169 SAXONY ROAD, SUITE 204<br>ENCINITAS, CA 92024<br>Telephone No: 760-942-8505   FAX No: 760-945-8515<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: FRACTIONAL VILLAS, INC.
Defendant: JASON KATZ

| PROOF OF SERVICE SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number: 08 CV 1317 DMS LSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET.

3. a. Party served: RAYMOND VINOLE, AN INDIVIDUAL
   b. Person served: the party in item 3.a.

4. Address where the party was served: 1173 TOURMALINE STREET
   SAN DIEGO, CA 92109

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Aug. 11, 2008 (2) at: 7:21PM

7. Person Who Served Papers:
   a. TIM HOGAN

   First Legal Support Services sm
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $145.75
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1379
      (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Aug. 13, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

(TIM HOGAN)   939927.coala.154490

| Attorney or Party without Attorney:<br>COAST LAW GROUP, LLP<br>169 SAXONY ROAD, SUITE 204<br>ENCINITAS, CA 92024<br>Telephone No: 760-942-8505    FAX No: 760-945-8515 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of California | |
| Plaintiff: FRACTIONAL VILLAS, INC.<br>Defendant: JASON KATZ | |

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept Div: | Case Number:<br>08 CV 1317 DMS LSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMLAINT; CIVIL COVER SHEET.

3. a. Party served:  LENDING EXECUTIVES, INC., A CALIFORNIA CORPORATION
   b. Person served: JASON KATZ, AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. Address where the party was served: 5330 CAMINITO EXQUISITO
   SAN DIEGO, CA 92130

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sun., Aug. 10, 2008 (2) at: 12:15PM

7. *Person Who Served Papers:*
   a. DAN MILHONE

   First Legal Support Services sm
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $ 143 55
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2225
      (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Aug. 12, 2008

   (DAN MILHONE)   939924.coala.154248

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

| Attorney or Party without Attorney: <br> COAST LAW GROUP, LLP <br> 149 SAXONY ROAD, SUITE 204 <br> ENCINITAS, CA 92024 <br> Telephone No: 760-942-8505   FAX No: 760-945-8515 <br>   <br> Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Southern District Of California | | |
| Plaintiff: FRACTIONAL VILLAS, INC. <br> Defendant: JASON KATZ | | |
| **PROOF OF SERVICE** <br> **SUMMS IN CIV. ACTION** | Hearing Date:   Time:   Dept/Div: | Case Number: <br> 08 CV 1317 DMS LSP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET.

3. a. Party served:      DANIEL CHARLES PRIVETT, AN INDIVIDUAL
   b. Person served:    the party in item 3.a.

4. Address where the party was served:    10316 PINION TRAIL <br>
   ESCONDIDO, CA 92026

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 05, 2008 (2) at: 8:35AM

7. **Person Who Served Papers:**       Recoverable Cost Per CCP 1033.5(a)(4)(B) <br>
   a. K. WYSONG     d. *The Fee for Service was:* $184.23 <br>
       e. I am: (3) registered California process server <br>
          (i) Independent Contractor <br>
          (ii) Registration No.: 879 <br>
          (iii) County: San Diego

First Legal Support Services sm <br>
ATTORNEY SERVICES <br>
1111 6TH AVENUE, SUITE 204 <br>
San Diego, CA 92101 <br>
(619) 231-9111, FAX (619) 231-1361

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, Aug. 08, 2008

Judicial Council Form     PROOF OF SERVICE     (K. WYSONG) <br>
Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMS IN CIV. ACTION     939929.coala.153337