# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fractional Villas, Inc.<br><br>                                        Plaintiff,<br><br>vs<br><br>Lending Executives, Inc., et al<br><br>                                        Defendant, | **Civil No.**    08cv1317-DMS-POR<br><br>**DEFAULT** |

    It appears from the records in the above entitled action that Summons issued on the original Complaint filed on 7/22/08 has been regularly served upon Defendant Yolanda Ortiz-Parra; and it appears from the records herein that Defendant Yolanda Ortiz-Parra has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, DEFAULT is hereby entered as to:

        Yolanda Ortiz-Parra

**Entered On:**    8/29/08                                                W. SAMUEL HAMRICK, JR., CLERK


                                        By:    _____s/ L Odierno_____
                                                                    Deputy