# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES



**FILED**
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Sabraw
FROM: L Odierno, Deputy Clerk   RECEIVED DATE: 8/29/08
CASE NO.: 08cv1317-DMS-POR   DOCUMENT FILED BY: Yolanda Ortiz-Parra
CASE TITLE: Fractional Villas, Inc v Katz et al
DOCUMENT ENTITLED: Answer of Yolanda Ortiz-Parra

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Clerks entry of Default entered against Yolanda Ortiz-Parra |

Date forwarded: 9/3/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: JUDGE D. M. SABRAW

Dated: 09/03/08   By: A.S.
cc: All Parties

REJECTED

1  Yolanda Ortiz-Parra
   5063 Millay Court
2  Carlsbad, California 92008
   Tel. (760) 445-9053
3
4  In Proper Person

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

11 FRACTIONAL VILLAS, INC.      )
   A California corporation,    )
12 Plaintiff,                   )
                                )
13                              )   CASE NO. 08-CV-1317 DMS LSP
       vs.                      )
14                              )
   JASON KATZ, an individual:   )   ANSWER OF YOLANDA ORTIZ-PARRA
15 LENDING EXECUTIVES INC. a    )
   California corporation; YOLANDA )
16 ORTIZ-PARRA, an individual,  )
   RAYMOND VINOLE, an individual)
17 DANIEL CHARLES PRIVETT, an   )
18 Individual, and DOES 1-25,   )
   Defendants                   )
19

23  YOLANDA ORTIZ-PARRA admits that She is a co-owner of Legend; admits that she was a listing agent for Legend; admits that he lives in Carlsbad, California; admits the jurisdictional allegations; based on insufficient information or belief, denies the remaining allegations in the complaint.

1
ANSWER OF DANIEL CHARLES PRIVETT